| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | Title |
|---|---|---|---|---|---|
| 1 | 67.173.243.65 | 2D5554333330302DED73FDE217092E8D0AACCC64 | µTorrent 3.3.0 | 06/30/2013 12:02:40 PM | The Power of Few |
| 2 | 50.8.113.186 | 2D5554333330302DB9738FED68C3ABAF8C642EE4 | µTorrent 3.3.0 | 06/26/2013 06:48:21 AM | The Power of Few |
| 3 | 71.219.218.154 | 2D5452323531302D356B7A6765716F6E6A7A3179 | Transmission 2.51 | 06/26/2013 12:47:54 AM | The Power of Few |
| 4 | 24.9.168.46 | 2D5554333330302DB973DDF108A09FD08F260DE2 | µTorrent 3.3.0 | 06/20/2013 04:45:57 AM | The Power of Few |
| 5 | 174.29.71.129 | 2D5554333330302DB9732FAB643CA5F8ABA752AB | µTorrent 3.3.0 | 06/20/2013 01:47:06 AM | The Power of Few |
| 6 | 24.9.36.130 | 2D4445313336302D762D5070333145616976626D | Deluge 1.3.6.0 | 06/18/2013 04:53:30 AM | The Power of Few |
| 7 | 67.166.3.154 | 2D5554333330302D9E72E7DB18EEE1DBA454BA65 | µTorrent 3.3.0 | 06/18/2013 01:55:38 AM | The Power of Few |
| 8 | 65.128.104.151 | 2D554D313834302D06738E2BF1ED5DC310BC5E1B | µTorrent Mac 1.8.4 | 06/16/2013 10:36:21 PM | The Power of Few |
| 9 | 50.134.209.128 | 2D415A343530342D54483849425464507567276 | Vuze 4.5.0.4 | 06/15/2013 08:24:21 PM | The Power of Few |
| 10 | 97.122.184.147 | 2D5554333331302D0874E4D76EE5F35410028054 | µTorrent 3.3.1 | 06/15/2013 02:22:38 PM | The Power of Few |
| 11 | 50.134.152.249 | 2D5554333330302DB973DD799FD0D96C07DCF78C | µTorrent 3.3.0 | 06/12/2013 04:27:14 PM | The Power of Few |
| 12 | 204.133.178.218 | 544958303139322D67316938633069376532653 | BitTornado 18.33.0 | 06/11/2013 08:11:09 AM | The Power of Few |
| 13 | 75.70.202.123 | 2D5554333330302D9E72D6EA0107F61F6F3F5236 | µTorrent 3.3.0 | 06/11/2013 06:53:42 AM | The Power of Few |
| 14 | 173.8.251.253 | 2D5554323034302DB2571FDBC327E5CAFDDC658E | µTorrent 2.0.4 | 06/11/2013 05:30:09 AM | The Power of Few |
| 15 | 67.190.28.35 | 2D415A353030312D344161395868684179664355 | Vuze 5.0.0.1 | 06/11/2013 02:47:17 AM | The Power of Few |
| 16 | 207.119.134.35 | 2D415A353030302D7164386E7253384574645377 | Vuze 5.0.0.0 | 06/11/2013 01:31:50 AM | The Power of Few |
| 17 | 184.99.227.33 | 4D372D382D302D2DBA739FBFF4AA83FE78B64B15 | BitTorrent 7.8.0 | 06/10/2013 09:55:43 PM | The Power of Few |
| 18 | 184.166.60.176 | 4D372D382D302D2DBA737E79CCDD5C9349099B93 | BitTorrent 7.8.0 | 06/10/2013 07:24:08 PM | The Power of Few |
| 19 | 50.134.222.254 | 2D415A353030302D4F6245703456475645566743 | Vuze 5.0.0.0 | 06/10/2013 05:51:28 PM | The Power of Few |

| RightsOwner | FileName | FileHash | ISP |
|---|---|---|---|
| The Power of Few LLC | The Power of Few (2013) [1080p] | SHA1: EABE283E8EC3F31FED0B11EE73E1BE3574B6A6EF | Comcast Cable |
| The Power of Few LLC | The Power of Few (2013) [1080p] | SHA1: EABE283E8EC3F31FED0B11EE73E1BE3574B6A6EF | Clear Wireless |
| The Power of Few LLC | The Power of Few (2013) [1080p] | SHA1: EABE283E8EC3F31FED0B11EE73E1BE3574B6A6EF | CenturyLink |
| The Power of Few LLC | The Power of Few (2013) [1080p] | SHA1: EABE283E8EC3F31FED0B11EE73E1BE3574B6A6EF | Comcast Cable |
| The Power of Few LLC | The Power of Few (2013) [1080p] | SHA1: EABE283E8EC3F31FED0B11EE73E1BE3574B6A6EF | CenturyLink |
| The Power of Few LLC | The Power of Few (2013) [1080p] | SHA1: EABE283E8EC3F31FED0B11EE73E1BE3574B6A6EF | Comcast Cable |
| The Power of Few LLC | The Power of Few (2013) [1080p] | SHA1: EABE283E8EC3F31FED0B11EE73E1BE3574B6A6EF | Comcast Cable |
| The Power of Few LLC | The Power of Few (2013) [1080p] | SHA1: EABE283E8EC3F31FED0B11EE73E1BE3574B6A6EF | CenturyLink |
| The Power of Few LLC | The Power of Few (2013) [1080p] | SHA1: EABE283E8EC3F31FED0B11EE73E1BE3574B6A6EF | Comcast Cable |
| The Power of Few LLC | The Power of Few (2013) [1080p] | SHA1: EABE283E8EC3F31FED0B11EE73E1BE3574B6A6EF | CenturyLink |
| The Power of Few LLC | The Power of Few (2013) [1080p] | SHA1: EABE283E8EC3F31FED0B11EE73E1BE3574B6A6EF | Comcast Cable |
| The Power of Few LLC | The Power of Few (2013) [1080p] | SHA1: EABE283E8EC3F31FED0B11EE73E1BE3574B6A6EF | CenturyLink |
| The Power of Few LLC | The Power of Few (2013) [1080p] | SHA1: EABE283E8EC3F31FED0B11EE73E1BE3574B6A6EF | Comcast Cable |
| The Power of Few LLC | The Power of Few (2013) [1080p] | SHA1: EABE283E8EC3F31FED0B11EE73E1BE3574B6A6EF | Comcast Business Communications |
| The Power of Few LLC | The Power of Few (2013) [1080p] | SHA1: EABE283E8EC3F31FED0B11EE73E1BE3574B6A6EF | Comcast Cable |
| The Power of Few LLC | The Power of Few (2013) [1080p] | SHA1: EABE283E8EC3F31FED0B11EE73E1BE3574B6A6EF | CenturyLink |
| The Power of Few LLC | The Power of Few (2013) [1080p] | SHA1: EABE283E8EC3F31FED0B11EE73E1BE3574B6A6EF | CenturyLink |
| The Power of Few LLC | The Power of Few (2013) [1080p] | SHA1: EABE283E8EC3F31FED0B11EE73E1BE3574B6A6EF | Bresnan Communications |
| The Power of Few LLC | The Power of Few (2013) [1080p] | SHA1: EABE283E8EC3F31FED0B11EE73E1BE3574B6A6EF | Comcast Cable |

| District | city |
|---|---|
| Colorado | Longmont |
| Colorado | Denver |
| Colorado | Colorado Springs |
| Colorado | Parker |
| Colorado | Littleton |
| Colorado | Aurora |
| Colorado | Denver |
| Colorado | Denver |
| Colorado | Denver |
| Colorado | Denver |
| Colorado | Aurora |
| Colorado | Castle Rock |
| Colorado | Denver |
| Colorado | Parker |
| Colorado | Arvada |
| Colorado | Westcliffe |
| Colorado | Denver |
| Colorado | Fort Morgan |
| Colorado | Colorado Springs |