IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-02312-WYD-MEH

THE POWER OF FEW, LLC

    Plaintiff

v.

DOES 1-19,

    Defendants.

___

### JOHN DOE 8'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY
___

Defendant, John Doe 8 ("Defendant"), by and through its attorney, Matthew B. Aguero, hereby submits the following Motion for Leave to Proceed Anonymously ("Motion") for the purpose of the filing a Motion to Quash Subpoena and states as follows:

1. Concurrent with the filing of this Motion, Defendant has filed an Unopposed Motion for Extension of Time to File Motion to Quash Subpoena ("Unopposed Motion for Extension").

2. If Defendant's Unopposed Motion for Extension is granted, Defendant will have up to and through October 31, 2013 to file its Motion to Quash Subpoena.

3. John Doe 8 respectfully requests leave to proceed anonymously until this Court rules on John Doe 8's Motion to Quash Subpoena.

4. Pursuant to D.C.COLO.LCivR 7.1(A), counsel for the moving party has conferred with Plaintiff's counsel who opposes the relief sought in this Motion.

5.      In this action alleging copyright infringement by the Doe Defendants, this Court has granted Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference. Plaintiff has issued a Subpoenas to various internet service providers requesting the identity of John Does allegedly associated with infringing downloads.

6.      The owner or subscriber of an IP address is not necessarily the person who downloaded copyrighted material and John Doe 8 will file a Motion to Quash Subpoena.

7.      The Court has discretion to allow parties to proceed anonymously in "instances where the injury litigated against would be incurred as a result of the disclosure of the plaintiff's identity." *Roe v. Catholic Health Initiatives Colo.*, 2012 U.S. Dist. LEXIS 713 (D. Colo. Jan. 4, 2012).

8.      If the allegations made by Plaintiff are made public, John Doe 8 will suffer damage to its privacy and reputation and will be denied the opportunity to move this Court for an order quashing plaintiff's subpoena.

9.      At this early stage of litigation, there will be no prejudice to the Plaintiff if John Doe 8 is allowed to proceed anonymously until the Court rules on its Motion to Quash.

WHEREFORE, in light of the facts presented, John Doe 8 respectfully requests that the Court GRANT this Motion for Leave to Proceed Anonymously for the purpose of filing a Motion to Quash the Plaintiff's subpoena, along with all further relief that the Court deems just and proper.

Dated this 17th day of October, 2013.

Respectfully submitted,

AGUERO LAW, P.C.

By:_____
Matthew B. Aguero
Attorney for John Doe 8
AGUERO LAW, PC
PO Box 24187
Denver, CO 80224
720-325-6787
maguero@aguerolawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2013 I electronically filed the foregoing **JOHN DOE 8'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Scott Thomas Kannady
Brown & Kannady, LLC
2000 S. Colorado Blvd.
Tower 2 - #2-610
Denver, CO 80222

*/s/ Matthew B. Aguero*
_____
Matthew B. Aguero