IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-02312-WYD-MEH

THE POWER OF FEW, LLC

    Plaintiff

v.

DOES 1-19,

    Defendants.

_____

**ORDER RE: JOHN DOE 8'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**
_____

Currently pending before the Court is Defendant John Doe 8's Motion for Leave to Proceed Anonymously. The Court, having reviewed the Motion and being fully advised in the premises, does hereby GRANT said Motion.

**IT IS HEREBY ORDERED** that John Doe 8's identity shall remain restricted from the public until the Court rules on John Doe 8's Motion to Quash Subpoena.

DATED this ____ day of _____ 2013.

                                                                       _____
                                                                       United States District Judge