IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-02312-WYD-MEH

THE POWER OF FEW, LLC

    Plaintiff

v.

DOES 1-19,

    Defendants.

___

**JOHN DOE 8'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO QUASH SUBPOENA**
___

    Defendant, John Doe 8 ("Defendant"), by and through its attorney, Matthew B. Aguero, hereby submits the following Unopposed Motion for Extension of Time to File Motion to Quash Subpoena ("Motion") and as grounds states as follows:

    1.    Pursuant to D.C. Colo. L. Civ. R. 7.1.A, Defendant represents that it has conferred with Plaintiff and that Plaintiff does not oppose the relief sought in this Motion.

    2.    Defendant respectfully requests a 14-day extension of time up to, and including, October 31, 2013 to file a Motion to Quash Subpoena.

    3.    There is good cause for the proposed extension. Defendant resides out-of-state and only recently received notice of the Plaintiff's subpoena. Defendant has now retained undersigned counsel for the purpose of filing a Motion to Quash the Plaintiff's subpoena.

    4.    This is the first request by Defendant for an enlargement of time regarding this matter.

5. There are no Court-imposed deadlines that will be affected by this enlargement of time.

6. Pursuant to D.C. Colo. L. Civ. R. 6.1.D, the undersigned counsel certifies that a copy of this Motion is being served upon its client and all counsel of record.

WHEREFORE, Defendant John Doe 8 respectfully requests that the Court enter an Order allowing up to, and including, October 31, 2013 to file its Motion to Quash Subpoena, and such other and further relief as the Court deems just and proper.

Dated this 17th day of October, 2013.

    Respectfully submitted,

    AGUERO LAW, P.C.

    By:_____
    Matthew B. Aguero
    Attorney for John Doe 8
    AGUERO LAW, PC
    PO Box 24187
    Denver, CO 80224
    720-325-6787
    maguero@aguerolawpc.com

3

## CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of October, 2013 I electronically filed the foregoing **JOHN DOE 8'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO QUASH SUBPOENA** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Scott Thomas Kannady
Brown & Kannady, LLC
2000 S. Colorado Blvd.
Tower 2 - #2-610
Denver, CO 80222

                                                        */s/ Matthew B. Aguero*
                                                        _____
                                                        Matthew B. Aguero