IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-02312-WYD-MEH

THE POWER OF FEW, LLC

        Plaintiff

v.

DOES 1-19,

        Defendants.

___

**ORDER RE: JOHN DOE 8'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO QUASH SUBPOENA**
___

Currently pending before the Court is Defendant John Doe 8's Unopposed Motion for Extension of Time to File Motion to Quash Subpoena. The Court, having reviewed the Motion and any responses filed by Plaintiff, having reviewed the file and being fully advised in the premises, does hereby GRANT said motion.

**IT IS HEREBY ORDERED** that Defendant John Doe 8 has a 14-day extension of time, up to and through October 31, 2013, to file its Motion to Quash Subpoena.

DATED this ____ day of _____ 2013.

                                                        _____
                                                        United States District Judge