IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02312-WYD-MEH

THE POWER OF FEW, LLC,

      Plaintiff,

v.

DOES 1-19,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 18, 2013.**

      Before the Court is Defendant John Doe 8's Motion for Leave to Proceed Anonymously [filed October 17, 2013; docket #12]. The motion is **granted** in that Defendant may proceed anonymously in this matter as "John Doe 8" only for the purpose of adjudicating any motion to quash or motion to dismiss. Upon resolution of the motion to quash or motion to dismiss, should John Doe 8 perceive a need to continue proceeding anonymously in this case, he must then seek permission from the Court to continue proceeding anonymously.

      John Doe 8's Unopposed Motion for Extension of Time to File Motion to Quash Subpoena [filed October 17, 2013; docket #13] is **granted**. John Doe 8 may file any motion to quash or motion to dismiss on or before October 31, 2013.