IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02312-WYD-MEH

THE POWER OF FEW, LLC,

      Plaintiff,

v.

DOES 1-19,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 29, 2013.**

      Before the Court is Defendant John Doe 11's Motion for Leave to Proceed Anonymously [filed October 25, 2013; docket #17]. The motion is **granted** in that Defendant may proceed anonymously in this matter as "John Doe 11" only for the purpose of adjudicating any motion to quash or motion to dismiss. Upon resolution of the motion to quash or motion to dismiss, should John Doe 11 perceive a need to continue proceeding anonymously in this case, he must then seek permission from the Court to continue proceeding anonymously.

      John Doe 11's Unopposed Motion for Extension of Time to File Motion to Quash Subpoena [filed October 25, 2013; docket #16] is **granted**. John Doe 11 may file any motion to quash or motion to dismiss on or before November 4, 2013.