IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02312-WYD-MEH

THE POWER OF FEW, LLC, a Louisiana limited liability company,

    Plaintiff,

v.

DOES 2-19,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal filed December 12, 2013 (ECF No. 24), it is

ORDERED that John Does 3 and 6 are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and shall hereafter be taken off the caption.

Dated:  December 13, 2013.

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel,
                                          Senior United States District Judge