IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02312-WYD-MEH

THE POWER OF FEW, LLC, a Louisiana limited liability company,

    Plaintiff,

v.

PAULA JUNGEN, an individual,
STEPHEN BROWN, an individual, and
EMILY LA ROSA, an individual,

    Defendants.

## ORDER

    In accordance with the Notice of Dismissal filed January 10, 2014 (ECF No. 29), it is

    ORDERED that John Does 2, 5, 7, 9, 10, 12, 13, 14, 15, 16, 17, 18 and 19 are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    Dated:  January 13, 2014.

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel,
                                              Senior United States District Judge