IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| The Power of Few, LLC., ) | |
| ) | Civil Action No. 13-cv-02312-WJD-MEH |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF DISMISSAL |
| ) | |
| PAULA JUNGEN, et.al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

Plaintiff The Power of Few, LLC advises the court that this case may be dismissed against the Defendant Stephen Brown without prejudice.

Defendant has not filed an Answer or Motion for Summary Judgment in this Matter.

THEREFORE, the Plaintiff hereby dismisses the above-referenced action filed against the Defendant Stephen Brown without prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(i), without prejudice.

**Respectfully submitted this 24th day of January 2013,**

BROWN & KANNADY, LLC

**/s/ Scott T Kannady**

Scott T. Kannady, Esq.
2000 S. Colorado Blvd.
Suite 2-610
Denver, Colorado 80222
Telephone (303) 757-3800

Attorneys for Plaintiff.

2

## CERTIFICATE OF SERVICE

I hereby certify that on 24th day of January, 2014, I electronically serve the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

By: /s/ Maegan M. Stevens
Maegan Stevens, paralegal
Brown & Kannady, LLC

2