IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02312-WYD-MEH

THE POWER OF FEW, LLC, a Louisiana limited liability company,

     Plaintiff,

v.

PAULA JUNGEN, an individual,
STEPHEN BROWN, an individual, and
EMILY LA ROSA, an individual,

     Defendants.

---

## ORDER

---

     In accordance with the Notice of Dismissal filed pursuant to Fed. R. Civ. P.

41(a)(1)(A)(1) on January 24, 2014 (ECF No. 36), it is

     ORDERED that Defendant Stephen Brown is **DISMISSED WITHOUT**

**PREJUDICE** and shall hereafter be taken off the caption.

     Dated:  January 24, 2014.

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel,
                    Senior United States District Judge