IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02312-WYD-MEH

THE POWER OF FEW, LLC, a Louisiana limited liability company,

    Plaintiff,

v.

PAULA JUNGEN, an individual, and
EMILY LA ROSA, an individual,

    Defendants.

---

## ORDER

---

    In accordance with the Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on February 28, 2014 (ECF No. 40), it is

    ORDERED that Defendant Paula Jungen is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

    Dated:  March 3, 2014.

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel,
                                          Senior United States District Judge