IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02312-WYD-MEH

THE POWER OF FEW, LLC, a Louisiana limited liability company,

    Plaintiff,

v.

EMILY LA ROSA, an individual,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THE COURT, having reviewed the parties' Stipulation of Dismissal with Prejudice, the file, and being otherwise advised in the premises, hereby

ORDERS that Stipulation of Dismissal With Prejudice (ECF No. 45) is **APPROVED**.  This case is **DISMISSED WITH PREJUDICE** in its entirety, including all claims and counterclaims between and among the parties, with each party to bear its own costs and fees.

    Dated:  June 12, 2014.

                                          BY THE COURT:

                                          /s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          SENIOR UNITED STATES DISTRICT JUDGE